IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-40212 |
| | ) | |
| JAMES W. ADAMS, JR. | ) | |
| | ) | JUDGE KAY WOODS |
| | ) | |
| | ) | |
| Debtor(s) | ) | TRANSMITTAL OF UNCLAIMED |
| | ) | FUNDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> RBS Citizens
> 480 Jefferson Blvd.
> RJE 135
> Warwick, RI 02886

$3,932.32

2. My Trustee's check for $3,932.32 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE: 7/18/11

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

A copy of the foregoing Transmittal of Unclaimed funds was sent by electronic transmission on this __18th__ day of __July__, 2011 to:

Office of the U.S. Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave E, Suite 441
Cleveland, OH 44114-1240

RBS Citizens
480 Jefferson Blvd.
RJE 135
Warwick, RI 02886
Attn: Kevin Costa

                                             /s/ Michael D. Buzulencia
                                             MICHAEL D. BUZULENCIA
                                             CHAPTER 7 TRUSTEE